IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH H. FLEISCHLI                                                                                    PETITIONER
Reg. #12489-026

V.                                           NO.  2:09cv00079 JLH

T.C. OUTLAW, Warden,                                                                                RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) and dismissing this action in its entirety, with prejudice. Petitioner's motion for an order restraining the BOP from transferring him from his current location until the Court has ruled on his § 2241 petition (doc. 13) is denied as moot.

IT IS SO ORDERED this 26th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE