IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH H. FLEISCHLI                                                                               PETITIONER
Reg. #12489-026

V.                                          NO.  2:09cv00079 JLH

T.C. OUTLAW, Warden,                                                                          RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 26th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE